UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

A.J. and K.J., :
        Plaintiffs, :
     :
       v. : No. 5:19-cv-01768
     :
LANCASTER COUNTY; CRYSTAL A. :
NATAN, *Executive Director*; ROBIN :
BOYER; ALEXIS PALMER; :
CHRISTOPHER HORNBERGER; :
CHRISTINE SEBASTIAN-BAIR; :
COURTNEY J. RESTEMAYER, ESQ.; :
PAT DOES #1-10; ATTORNEY :
DOES #1-10, :
        Defendants. :
_____

# O R D E R

**AND NOW**, this 23rd day of December, 2019, upon consideration of the pending motions to dismiss and motion to strike and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss, ECF No. 30, is **GRANTED**.

2. The motion to dismiss and motion to strike, ECF No. 31, is **GRANTED in part and DENIED in part** as follows:

   a. The request to dismiss is granted.

   b. The request to strike is denied as moot.

3. Plaintiff's Second Amended Complaint, ECF No. 29, is **DISMISSED with prejudice**.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court